# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR CURENO JASSO,<br><br>Plaintiff,<br><br>v.<br><br>ALLTRAN FINANCIAL, LP,<br><br>Defendant. | Case No. 23-cv-0178-MMA (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 8] |

Plaintiff Hector Cureno Jasso and Defendant Alltran Financial, LP jointly move to dismiss this action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Doc. No. 8. Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** the action in its entirety with prejudice. Each party shall bear their own attorney's fees and costs. The Court **DIRECTS** the Clerk of Court to terminate all pending deadlines and motions, and to close this case.

**IT IS SO ORDERED**.

Dated: May 10, 2023

HON. MICHAEL M. ANELLO
United States District Judge